# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
### (Newark Vicinage)

| | |
|---|---|
| ALFONSO DI COSTANZO, <br><br> Petitioner, <br><br> v. <br><br> JASON BENZEL, in his official capacity as warden of The Elizabeth Detention Center in Elizabeth, NJ, et al. <br><br> Respondents. | Case No. 3:26-cv-06081 <br><br> Before The Honorable Michael Shipp <br><br> No. A 231-413-404 <br><br> STIPULATION OF DISMISSAL |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Petitioner ALFONSO DI COSTANZO and Respondents, by and through their undersigned counsel, hereby stipulate to the voluntary dismissal of the above-captioned action.

The parties further stipulate that the Petition for Writ of Habeas Corpus and this action shall be dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

**/s/ Theodore C. Flowers**
Theodore C. Flowers, Esquire
NJ Attorney ID No. 043321997
Moriconi Flowers Ltd.
40 West Evergreen Avenue, Suite 104
Philadelphia, PA 19118
Tel: (215) 277-1410
Fax: (215) 277-1752
Attorney for Petitioner

**/s/ Alicia Gonzalez**
Alicia Gonzalez
Special Assistant U.S. Attorney
Civil Division
United States Attorney's Office
District of New Jersey
970 Broad Street, Ste. 700
Newark, NJ 07102
Tel: (973) 645-2862
Attorney for Respondents

**So Ordered this 13th day of July 2026**

_____
**Honorable Michael A. Shipp, U.S.D.J.**